# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2863 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 124 DB 2021 |
| | : | |
| v. | : | Attorney Registration No. 321471 |
| | : | |
| | : | (Montgomery County) |
| STEPHEN PAUL HILDEBRAND, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2022, upon consideration of the Verified Statement of Resignation, Stephen Paul Hildebrand is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).